

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

February 5, 1971

Dr. Nelson F. Waldman
Chairman, Texas Optometry Board
710 Fannin Street
Houston, Texas   77002

Opinion No. M- 787

Re:   Authority of the Texas
Optometry Board to expend
unexpended moneys pre-
viously in the custody of
the Texas State Board of
Examiners in Optometry.

Dear Dr. Waldman:

Your request for an opinion asks whether the Texas
Optometry Board may legally expend moneys previously held by
the Texas State Board of Examinèrs in Optometry.

The Texas Optometry Act (Senate Bill 781, Acts 61st
Legislature, R.S., 1969, Ch. 401, p. 1298, codified as Article
4552-1.01 through 4552-6.04, Vernon's Civil Statutes) created
the Texas Optometry Board (Section 2.01); abolished the Texas
State Board of Examiners in Optometry (Section 6.01); and re-
pealed prior laws regulating the practice of optometry (Section
6.03).

The moneys referred to in your request were collected
and expended by the Texas State Board of Examiners in Optometry
pursuant to the provisions of Article 4565 and Article 4565-a,
Vernon's Civil Statutes, which have been specifically repealed
by the provisions of Article 4552-6.03, Vernon's Civil Statutes.

The authority of the Texas Optometry Board to spend
money under its control is Section 2.15 (Article 4552-2.15,
Vernon's Civil Statutes) which provides that fees payable under
the Texas Optometry Act after certain allocations:

". . . shall be placed in the state treasury
to the credit of a special fund to be known as
the 'Optometry Fund,' and the comptroller shall
upon requisition of the board from time to time
draw warrants upon the state treasurer for the
amounts specified in such requisition; pro-
vided, however, the fees from this optometry
fund shall be expended as specified by itemized

appropriation in the General Appropriations
bill and shall be used by the Texas Optometry
Board, and under its direction in carrying
out its statutory duties."  (Emphasis added.)

The money referred to in your request has not been directed by the Legislature to be placed in the State Treasury nor has such money been appropriated by the Legislature.

We find no other authority authorizing the Board to spend public funds, since the previous law has been specifically repealed; and in view of the fact that the Board, in the absence of some statutory direction, can only expend moneys as provided in the General Appropriations Bill, you are advised that moneys in the account of your predecessor board may not be expended by the present board until authorized by the Legislature.

## S U M M A R Y

Moneys held by the Texas State Board of
Examiners in Optometry, predecessor to the Texas
Optometry Board, may not be expended by the
present board until authorized by the Legis-
lature since such moneys were not placed in the
State Treasury and appropriated by the Legislature.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Ivan Williams, Jr.
Dyer Moore
Bob Lattimore
Malcom Smith

Dr. Nelson F. Waldman, page 3   (M-787)


MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive ASsistant

NOLA WHITE
First Assistant